UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOHNSON, | No. 2:18-cv-0456 CMK P |
| Petitioner, | |
| v. | ORDER |
| ANDREA MATEVOUSIAN, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

The application attacks a conviction issued by the United States District Court for the Northern District of Iowa. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the Northern District of Iowa. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of Iowa.

Dated: April 26, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

/kly
john 18cv0456.108